## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| STEVIE WILSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.:  22-CV-819 |
| | ) |
| | ) Lake County Docket No. 2022 CH 63 |
| ANTHONY SINDERMANN, and CITY OF | ) |
| NORTH CHICAGO, | ) |
| | ) |
| Defendants. | ) |

### DEFENDANTS' NOTICE OF REMOVAL

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION:

Defendants, ANTHONY SINDERMANN and CITY OF NORTH CHICAGO (collectively referred to as the "Defendants"), by and through their attorney, Julie M. Koerner, pursuant to 28 U.S.C. §1441, state as follows for their Notice of Removal:

1.      On January 27, 2022, STEVIE WILSON ("Plaintiff"), filed suit against the above-named Defendants in the Nineteenth Judicial Circuit Court of Lake County, Illinois.  A copy of Plaintiff's Verified Complaint at Law is attached hereto as Exhibit "A".

2.      The above-described action is a civil action alleging civil rights violations, pursuant to 42 U.S.C. §1983, *inter alia*, claims over which this Court has original jurisdiction under the provisions of 28 U.S.C §1331 and is one which may be removed to this Court by the Defendants pursuant to the provisions of 28 U.S.C §1441.

3.      On or about February 1, 2022, North Chicago was served with summons of this action.

4.      As of the filing of this removal petition, Officer Sindermann has yet to be served.

1

5.      Regardless of the lack of service of summons on Sindermann to date, North Chicago and Sindermann agree and consent to removal of this action from the Circuit Court of Lake County, Illinois, Chancery Division, to the United States District Court of the Northern District, Eastern Division.

6.      As required by 28 U.S.C §1446(d), notice of removal will be served upon all parties of record and will be filed with the Circuit Court of Lake County, Illinois.

7.      The United States District Court for the Northern District of Illinois, Eastern Division, is the federal district court for the district embracing Lake County, Illinois and the City of North Chicago. 28 U.S.C §93(a)(1).

8.      Pursuant to the requirements of 28 U.S.C §1446(a), the pleadings filed in the Lake County action have been filed herewith.

WHEREFORE, Defendants, Sindermann and City of North Chicago, hereby give notice of removal of this action to the United States District Court for the Northern District of Illinois, Eastern Division.

Respectfully Submitted,

**SINDERMANN, NORTH CHICAGO,**

By: */s/Julie M. Koerner*

Julie M. Koerner (#6204852)
O'Halloran, Kosoff, Geitner & Cook, LLC
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
T:  847/291-0200
E:  jkoerner@okgc.com

2

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| STEVIE WILSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.:   22-CV-819 |
| | ) |
| | ) Lake County Docket No. 2022 CH 63 |
| ANTHONY SINDERMANN, and CITY OF | ) |
| NORTH CHICAGO, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2022, I electronically filed the foregoing ***Defendants' Notice of Removal Petition*** with the Clerk of Court using the CM/ECF system, which will notify all participants in the CM/ECF system as follows:

Louis M. Pissios
E: lawyerlou@sbcglobal.com

Lake County Circuit Clerk (via Odyssey)
18 N. County Street
Waukegan, IL 60085

By: */s/Julie M. Koerner*

Julie M. Koerner (#6204852)
O'Halloran, Kosoff, Geitner & Cook, LLC
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
T:  847/291-0200
E:  jkoerner@okgc.com

3